IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CÉSAR CASTILLO, INC.,<br><br>          Plaintiff<br><br>          v.<br><br>ROBERTO MALDONADO-VÉLEZ, et al.,<br><br>          Defendants | CIVIL NO. 08-1351 (JP) |

**FINAL JUDGMENT**

The parties hereto have informed the Court that they have settled this case, and accordingly they have jointly filed a Consent Order (**No. 34**). The Court hereby **APPROVES** said Consent Order. Pursuant thereto, the Court hereby **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the Complaint against Defendants and all claims asserted therein. This Court will retain jurisdiction over enforcement of the Consent Order. This judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of October, 2008.

                                   s/Jaime Pieras, Jr.
                                   JAIME PIERAS, JR.
                              U.S. SENIOR DISTRICT JUDGE